May 21 07 11:53a    Drohan & Drohan                518-392-6078         p2

LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

KAMMAS & COMPANY, INC.,

        Plaintiff,

    v.                                                NO. 07 CV 3469 (PKL)

ONE WORLD CAPITAL GROUP, LLC,

        Defendant.
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/07

### STIPULATION EXTENDING TIME

It is hereby stipulated and agreed by the undersigned counsel that the date by which One World Capital LLC ("Defendant") may move, answer, or otherwise respond to the Complaint is extended until June 21, 2007. Defendant does not, by this stipulation, waive any defenses, including those defenses related to this court's jurisdiction.

Dated: New York, New York
       May 18, 2007

WINSTON & STRAWN LLP

By: _____
David E. Mollon (DM-5624)
Edward C. Wipper (EW-6140)
200 Park Avenue
New York, New York 10166
(212) 294-6700 (voice)
(212) 294-4700 (fax)
ewipper@winston.com
*Attorneys for Defendant One World Capital LLC*

DROHAN & DROHAN LLP

By: _____
Vivian R. Drohan
One Penn Plaza
Suite 2428
New York, New York 10119
212-644-7444 (voice)
212-644-1691 (fax)
Vivian_drohan@drony.com
*Attorneys for Plaintiff Kammas & Co., Inc.*

SO ORDERED:

_____
Peter K. Leisure, U.S.D.J.

5/21/07