UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMMAS & COMPANY, INC.<br><br>      Plaintiff,<br><br>   v.<br><br>ONE WORLD CAPITAL GROUP, LLC,<br><br>      Defendant. | CASE NO.: 07 CV 3469 (PKL) |

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT ONE WORLD CAPITAL GROUP LLC

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for One World Capital Group LLC certifies that One World Capital Group LLC is a New York limited liability company which does not have a parent company, and further certifies that there is no authorized or outstanding stock in One World Capital Group LLC.

Dated: New York, New York
June 21, 2007

                Respectfully submitted,

                WINSTON & STRAWN LLP

            By: /s/ Edward C. Wipper_____
               David E. Mollon (DM-5624)
               Edward C. Wipper (EW-6140)
               200 Park Avenue
               New York, New York  10166
               (212) 294-6700
          *Attorneys for Defendant One World Capital Group LLC*

Of Counsel:
Timothy Rivelli
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600