# EXHIBIT 1



590 Madison Avenue-31stFloor-New York, NY 10022
525 Chestnut Street, Two South, Winnetka, IL 10093

**Introducing Broker Agreement**

# INTRODUCING BROKER AGREEMENT

| The Futures Commission Merchant (FCM) | | The Agent and/or Money manager | |
|---|---|---|---|
| Full name / Company name: | One World Capital Group | Company Name: | Kammas & Company Inc. |
| Registered Addresses: | 590 Madison Avenue Suite 3100 New York, NY 10022<br><br>525 Chestnut Street Second Floor Winnetka, IL 60093 U.S.A. | Registered Address: | 133 Murray Hill Blvd Murray Hill, NJ 07974 |
| *Called hereafter (Broker)* | | *Called hereafter (Agent or IB)* | |

The main activity of the **Agent** is to act as an introducer and/or advisor for the account of third parties. The present agreement governs the relationship between the **broker** and the **Agent** in all matters concerning introduction and responsibility of any investment advisory activities (whether under a discretionary or non discretionary framework as the case may be) of the **Agent** in relation to accounts opened by clients of the **Agent** with the **broker**. All clients introduced to the **broker**, shall at all times remain the client of the **Agent**. The **broker** shall not have any contact with the client outside the scope of services provided.

1. The **Agent** professionally looks after the securities and the other financial assets of third parties (the clients) within guidelines set up under the **brokers'** standard management mandate in favor of third parties agreements, defining these responsibilities and such agreements being signed between the clients and the **Agent**. The role of the **Agent** will be specifically detailed by each client in such management mandate and available for each account.

2. The **Agent** has an interest in using the **broker** as a depositary and custodian for the client. The **broker** is prepared to provide services to the **Agent** and to his clients' opening accounts with the **broker**.

3. The **broker** will open a separate account and relationship with each client introduced by the **Agent**. All such client relationships will be subject to the relevant legal provisions of the supervisory authorities, which the **broker** is required to observe in the context of client relationships.

4. The **Agent** shall abstain from any act, which would constitute active assistance for tax fraud or illegal transfer of capital.

5. The **Agent** shall have no authority to act or purport to act as an employee, representative, executive or officer of the **broker** and/or sign or otherwise incur any liabilities of any sort on behalf of the broker.

6. The starting date of this agreement will be immediate upon the signature by the two parties and is continued for an indefinite period of time from the starting date. Either party may terminate it with one month written notice.

7. The remuneration of the **Agent** will be directly related to the activities of the accounts held by the clients on the books of the **broker** and introduced by the **Agent**. The remuneration will be equivalent to:

   - **1/2 pip** per $100,000 lot per transaction
   - **N/A** % of any fully disclosed commission and other fees set by the agent and accepted by the end customer as defined in each limited power of attorney document.
   - IB will be charged .50$ per side for holding fee.

8. The remuneration shall be calculated and paid out to the agent upon signed written/fax request and on a once monthly basis by default.

**ONE WORLD CAPITAL GROUP**
Leadership. Excellence. Professionalism.

590 Madison Avenue-31stFloor-New York, NY 10022
525 Chestnut Street, Two South, Winnetka, IL 10093

**Introducing Broker Agreement**

9. It is agreed and understood that the **broker** retains the right in its entire discretion to refuse to open an account for a prospective client introduced by the **Agent**, without being required to disclose the motive for such a refusal.

10. This agreement shall be in all respects construed and interpreted in accordance with the laws of the State of New York and applicable U.S. federal regulatory requirements. The venue for any dispute shall be formal arbitration under the auspices of National Futures Association registered arbitration officers.

## GENERAL TERMS & CONDITIONS

### 1) GENERAL TERMS OF THE AGREEMENT

a) One World Capital Group, LLC shall provide dealing services to the customer on the spot foreign exchange markets. These services shall consist exclusively in the execution, at the request of and on the account of the customer, of Forex transactions. One World Capital Group, LLC may deal in its own name to cover any and/or all transactions made by the customer in relation to his account except when it temporarily or indefinitely holds counterparty risk as market maker.
b) The **Agent** is empowered to mediate in the execution of customer agreements on behalf of One World Capital Group, LLC. The **Agent** is nevertheless not authorised to sign or amend the Customer Agreement on behalf of One World Capital Group, LLC.
c) This Agreement shall set out the terms of the relationship between One World Capital Group, LLC and the **Agent**.

### 2) ONE WORLD CAPITAL GROUP, LLC'S CONTRACTUAL DOCUMENTATION

The **Agent** confirms that he has read and understood the standard One World Capital Group, LLC account opening documentation and the standard One World Capital Group, LLC power of attorney document, which is signed by those customers represented by a third party.

### 3) GENERAL DUTIES TOWARDS CUSTOMERS

a) The **Agent** formally undertakes to make no other representations or statement of any nature to customers of One World Capital Group, LLC that deviates from those defined in the contractual documentation of One World Capital Group, LLC (That is the account opening documentation and the power of attorney).
b) The **Broker** agrees to respect and comply with professional codes of conduct in respect of customers.

### 4) SPECULATIVE NATURE OF TRANSACTIONS

The **Agent** undertakes to advise all customers of and to expressly draw their attention to the speculative nature of the transactions defined herein and to the potential risk to the customer's financial situation.

### 5) CONSTRAINTS OF CUSTOMER MONIES

The **Agent** shall not accept from the customer any sum of money, stock or other security on behalf of One World Capital Group, LLC.

### 6) INTERNAL PROCEDURES OF THE AGENT

The **Agent** shall provide One World Capital Group, LLC with full details of its internal procedures together with its sales policy, which it proposes to put in place in order to comply with the terms of this Agreement.

### 7) CUSTOMER COMPLAINTS

The **Agent** shall advise One World Capital Group, LLC immediately of any customer complaint which may arise. One World Capital Group, LLC shall advise **Agent** immediately of any customer complaint which may arise. If there are any customer complaints relevant to One World Capital Group, LLC, One World Capital Group, LLC personnel shall endeavour to resolve the customer complaint. If there are any customer complaints relevant to **Agent**, **Agent** personnel shall endeavour to resolve the customer complaint.

# ONE WORLD CAPITAL GROUP
Leadership. Excellence. Professionalism.

590 Madison Avenue-31stFloor-New York, NY 10022
525 Chestnut Street, Two South, Winnetka, IL 10093

**Introducing Broker Agreement**

## 8) STATEMENTS

a) The customer shall receive at a minimum a daily, (on business days, that is) statement of account balances, net changes and Profit and/or Loss.

b) The statement shall, in the absence of manifest error, be conclusive and deemed acknowledged by the customer as correct, unless the customer gives notice to the contrary, in writing or by facsimile, within six business days of dispatch to the customer.

## 9) CUSTOMER DEFAULT

a) One World Capital Group, LLC shall advise the **Agent** immediately if it is aware of any shortfall on a customer's account in the execution of a transaction, with specific reference to the customer's obligations in respect of both initial and maintenance margin.

b) One World Capital Group, LLC shall advise the **Agent** immediately of any shortfall in such a manner so as to enable the **Agent** to contact the customer to remind him of the consequences of any default by referring to the customer agreement.

## 10) APPOINTMENT OF THE IB AS AGENT

The following special conditions shall apply only in the case where the customer appoints an IB to represent him in his dealings with One World Capital Group, LLC

a) <u>Conflict of interest</u>
Before requesting the signature of the customer to the appointment of agent the IB undertakes to advise the customer of the potential conflict of interest that may arise by acting on the one hand as his agent for his account with One World Capital Group, LLC and by receiving on the other hand remuneration from One World Capital Group, LLC in his capacity as Introducing Agent.

b) <u>Statements</u>
Copies of the statements defined in Clause 8 above shall be forwarded directly to the customer, with a copy to the IB if the IB requests a copy of the customer's statements.

c) <u>Customer - IB relations</u>
One World Capital Group, LLC shall have no active, regular or routine involvement in the relations existing between the customer and the IB. With regards to the IB, One World Capital Group, LLC shall not be liable for any sums, which may be claimed against the IB by his customer in respect of the failure to execute or of the incorrect execution of the mandate governing the relations between the customer and the IB.

## 11) LEGAL RESPONSIBILITY

The IB shall take all legal responsibility for the contractual obligations of the customer introduced to One World Capital Group, LLC in the event that the IB is also acting under power of attorney on the customer's account and effectuating transactions on the customer's behalf.

## 12) REMUNERATION

a) On all the Customer Agreements concluded between One World Capital Group, LLC and those customers introduced by the IB, the IB shall receive a commission in accordance with the tariff agreed to between the parties.

b) Notwithstanding clause 11, commissions will be calculated on a calendar month basis and shall be payable in arrears by One World Capital Group, LLC by the fifth working day of each month, provided that the customer is not in default on any payment or any other obligation towards One World Capital Group, LLC

c) Payments by One World Capital Group, LLC to the IB shall be due in U.S. Dollars. One World Capital Group, LLC shall be free to convert any currency received into U.S. Dollars in order to execute the payment of commission and special bonuses.

## 13) WARRANTY

Both parties agree and warrant that for the duration of this Agreement they shall ensure compliance with all authorities, registrations and/or licenses, which may be requisite under the law of each country in which the each party is resident in



# ONE WORLD CAPITAL GROUP
Leadership, Excellence, Professionalism.

590 Madison Avenue-31stFloor-New York, NY 10022
525 Chestnut Street, Two South, Winnetka, IL 10093

## Introducing Broker Agreement

order to conduct business and to contract to this Agreement or, in the case of One World Capital Group, LLC, to provide dealing services as defined in the Customer Agreement.

### 14) CONFIDENTIALITY

Both parties agree to keep confidential all information collated within the framework of this agreement in respect of the other business affairs.

### 15) TERMINATION

This agreement may be terminated at any time by either party and by giving one month's written notice, which shall come into effect at the end of the month. The right to terminate this agreement with immediate effect on justifiable grounds shall not be affected.

The IB shall receive payment of any commission or special bonus as defined in page 1 number 7 and this payment shall be calculated, in the case of immediate termination on the basis of justifiable grounds (above), up to the date of termination or, in the case of a normal termination (delineated in the paragraph above), to the date of expiry of the contractual period.

### 16) SIGNATURES

Signed and approved by **One World Capital Group, LLC.**

Agent signature: _____

Place & date: _____

Broker seal & signature: _[signature]_

Place & date: _Illinois_   _11/10/06_

Please sign and return both copies of this Agreement. Return both copies to One World Capital Group, LLC.

One World Capital Group, LLC will return you one copy, signed by an officer of One World Capital Group, LLC.

We look forward to a mutually beneficial collaboration and remain,

Yours truly,

One World Capital Group, LLC