UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KAMMAS & CO.

                               Plaintiff,

              -against-

ONE WORLD CAPITAL GROUP, LLC
                            Defendant.
-----------------------------------------------------------------x

07 CIVIL 3469 (PKL)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: EDWARD C. WIPPER

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: EW-6140

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Milbank, Tweed, Hadley & McCloy LLP

    To: Winston & Strawn, LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ *Address:* 200 Park Avenue, New York, New York 10166

☐ *Telephone Number:* (212) 294-6667

☐ *Fax Number:* (212) 294-4700

☐ *E-Mail Address:* ewipper@winston.com

Dated: July 3, 2007