ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAMMAS & COMPANY, INC.,

                    Plaintiff,

      v.

ONE WORLD CAPITAL GROUP, LLC,

                    Defendant.

ECF Case

Civil Action No.:
NO. 07 CV 3469 (PKL)

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

          PLEASE TAKE NOTICE THAT upon the annexed Declaration of Edward C. Wipper, dated October 1, 2007, Defendant One World Capital Group, LLC, will move this Court, PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an Order allowing the admission *pro hac vice*, of Timothy J. Rivelli of Winston & Strawn, LLP, located at 35 West Wacker Drive, Chicago, Illinois, 60601, phone number of (312) 558-5600, and fax number of (312) 558-5700.

          Timothy J. Rivelli is a member of good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against Timothy J. Rivelli in any State or Federal Court.

          Plaintiff, by representation of its counsel, has consented to this motion.

          WHEREFORE, counsel respectfully requests that this Court enter the attached Order granting this unopposed motion to admit Timothy J. Rivelli *pro hac vice* as counsel to Defendant One World Capital Group.

/ / /

Dated:     October 1, 2007
              New York, New York

Respectfully Submitted,

By:   Edward C. Wipper
       WINSTON & STRAWN LLP
       200 Park Avenue
       New York, New York 10166
       Phone: (212) 294-6700
       Fax:   (212) 294-4700

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KAMMAS & COMPANY, INC., | ) ECF Case |
| Plaintiff, | ) <br> ) Civil Action No.: <br> ) NO. 07 CV 3469 (PKL) |
| v. | ) |
|  | ) |
| ONE WORLD CAPITAL GROUP, LLC, | ) **DECLARATION OF EDWARD C.** <br> ) **WIPPER IN SUPPORT OF MOTION** <br> ) **TO ADMIT TIMOTHY J. RIVELLI** |
| Defendant. | ) ***PRO HAC VICE*** <br> ) |
|  | ) |

Edward C. Wipper hereby declares pursuant to 28 U.S.C. § 1746:

1.      I am an associate with the law firm of Winston & Strawn, LLP, counsel for the Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Timothy J. Rivelli as counsel *pro hac vice* to represent Defendant in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Timothy J. Rivelli since 2005.

4.      Mr. Rivelli is a partner at Winston & Strawn, LLP in Chicago, Illinois.

5.      I have found Mr. Rivelli to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move for the admission of Timothy J. Rivelli, *pro hac vice*.

WHEREFORE it is respectfully requested that the unopposed motion to admit Timothy J. Rivelli, *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated:        October 1, 2007
              New York, New York

                                        Respectfully Submitted,


                                        By:    Edward C. Wipper
                                               WINSTON & STRAWN LLP
                                               200 Park Avenue
                                               New York, New York 10166
                                               Phone: (212) 294-6700
                                               Fax:    (212) 294-4700

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Timothy Joseph Rivelli

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1979 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, October 03, 2007.

*Juleann Hornyak*

Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KAMMAS & COMPANY, INC.,

                              Plaintiff,

      v.

ONE WORLD CAPITAL GROUP, LLC,

                            Defendant.

ECF Case

Civil Action No.:
NO. 07 CV 3469 (PKL)

**CERTIFICATE OF SERVICE**

    I, EDWARD C. WIPPER, hereby certify under penalty of perjury that on October 5, 2007, I caused to be served **One World Capital Group, LLC's Motion to Admit Counsel _Pro Hac Vice_, dated October 1, 2007, Declaration of Edward C. Wipper in Support of Motion to Admit Timothy J. Rivelli _Pro Hac Vice_, dated October 1, 2007, Certificate of Admission to the Bar of Illinois for Timothy J. Rivelli, dated October 3, 2007, and Proposed Order Granting Motion to Admit Timothy J. Rivelli _Pro Hac Vice_,** by electronic mail upon the following counsel of record in the above-captioned action:

Vivian Drohan
Drohan & Drohan
One Penn Plaza
New York, New York 10119

Dated: New York, New York
       October 5, 2007

                                      _____
                                        EDWARD C. WIPPER