USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMMAS & COMPANY, INC.,

    Plaintiff,

v.

ONE WORLD CAPITAL GROUP, LLC,

    Defendant.

ECF Case

Civil Action No.:
NO. 07 CV 3469 (PKL)

**ORDER GRANTING MOTION TO ADMIT TIMOTHY J. RIVELLI *PRO HAC VICE***

**THIS MATTER** having been opened to the Court by Winston & Strawn LLP, counsel for defendant One World Capital Group, seeking the entry of an Order admitting Timothy J. Rivelli of the law firm of Winston & Strawn LLP located at 35 West Wacker Drive, Chicago, Illinois, 60601, *pro hac vice*, as an attorney to practice before this Court, and good cause appear:

**NOW THEREFORE**, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, it is on this 11th day of Oct, 2007;

**ORDERED**, that Timothy J. Rivelli be admitted *pro hac vice* to the practice of this Court for all purposes associated with the above-captioned matter, and it is further;

**ORDERED**, that a copy of this Order be served upon all parties within ___ days of the date hereof, and it is further;

**ORDERED**, that a copy of this Order shall be filed with the Clerk of the Court with the appropriate filing fee.

Dated: Oct 11, 2007

/s/ Peter K. Leisure
Hon. Peter K. Leisure
United States District Judge