Vivian R. Drohan, Esq.
Drohan, Lee & Kelley LLP
489 Fifth Avenue
New York, New York 10017
Telephone Number: (212)710-0004
Facsimile: (212)710-0003



Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

KAMMAS & COMPANY, INC.,

            Plaintiff,

and                       Case No.: 07 CV 3469 (PKL)

ONE WORLD CAPITAL GROUP, LLC.

            Defendant.

---

### ORDER TO SHOW CAUSE FOR A JUDGMENT OF DEFAULT

**YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE** before the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 18B, New York, New York 10006, on June 3, 2008 at 10:30 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued (1) granting a judgment of default against defendant pursuant to Federal Rules of Civil Procedure §55(b)(2) in the amount of $268,049.80; (2) such other and further relief as to this Court may seem just and proper.

**NOW THEREFORE, IT IS HEREBY ORDERED**, that a copy of this Order and Affirmation in Support shall be served no later than May 12, 2008, by overnight mail to defendant at One World Capital Group, LLC, 525 Chestnut Street, Second Floor, Winnetka, IL 60093; and it is further

ORDERED that the form and method of service as described herein shall constitute sufficient and proper notice of the Hearing and the relief sought in this Order to Show Cause; and it is further

ORDERED, that the defendant shall appear before this Court on the 3rd day of June before the Honorable Judge Peter K. Leisure to show cause why this Court should not enter a judgment of default against the defendant and set a date for an inquest with respect to damages, and ordering any additional relief this Court deems appropriate.

**IT IS FURTHER ORDERED**

SO ORDERED at 3:28 PM on this 8 day of May, 2008 at _____.

_____
United States District Judge