UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
KAMMAS & COMPANY, INC.,

                Plaintiff,

And                                     Case No.: 07 CV 3469 (PKL)

ONE WORLD CAPITAL GROUP, LLC.

                Defendant.
------------------------------------------------X

**DEFAULT JUDGMENT**

    This action having been commenced on May 1, 2007 by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having been personally served on the defendant, One World Capital Group, LLC on May 9, 2007 personal service on Christopher Gillick, a manager authorized to accept service, and the defendant having answered the Complaint on June 21, 2007; and the firm of Winston and Strawn LLP having withdrawn as counsel on or about December 13, 2007 by Stipulation and Order of Withdrawal of Counsel, and defendant having failed to substitute counsel or appear in any manner since such Stipulation and Order; and

    The Court having granted plaintiff permission to file an Order to Show Cause seeking a Default Judgment during the conference held on April 2, 2008; and such Order to Show Cause having been made and properly served upon defendant; and the Order to Show Cause having been heard on June 3, 2008, it is

    ORDERED, ADJUDGED AND DECREED: that the Order to Show Cause is hereby granted and the plaintiff is entitled to a default judgment plaintiff against defendant in the liquidated amount of $268,049.80 with interest at 9% from May 1, 2007 amounting to $26,173.41 plus costs and disbursements of this action in the amount of $370.00 amounting in all to $294,593.21.

Dated: New York, New York
6/11/08

                                                     _____
                                                     USDJ

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

This document was entered on the docket on \_\_\_\_ _____

Case 1:07-cv-03469-PKL    Document 12    Filed 06/12/2008    Page 2 of 4

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAMMAS & COMPANY, INC.,

                Plaintiff,

And                                Case No.: 07 CV 3469 (PKL)

ONE WORLD CAPITAL GROUP, LLC.

                Defendant.
------------------------------------------------------------X

### DEFAULT JUDGMENT

This action having been commenced on May 1, 2007 by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having been personally served on the defendant, One World Capital Group, LLC on May 9, 2007 personal service on Christopher Gillick, a manager authorized to accept service, and the defendant having answered the Complaint on June 21, 2007; and the firm of Winston and Strawn LLP having withdrawn as counsel on or about December 13, 2007 by Stipulation and Order of Withdrawal of Counsel, and defendant having failed to substitute counsel or appear in any manner since such Stipulation and Order; and

The Court having granted plaintiff permission to file an Order to Show Cause seeking a Default Judgment during the conference held on April 2, 2008; and such Order to Show Cause having been made and properly served upon defendant; and the Order to Show Cause having been heard on June 3, 2008, it is

ORDERED, ADJUDGED AND DECREED: that the Order to Show Cause is hereby granted and the plaintiff is entitled to a default judgment plaintiff against defendant in the liquidated amount of $268,049.80 with interest at 9% from May 1, 2007 amounting to $26,173.41 plus costs and disbursements of this action in the amount of $370.00 amounting in all to $294,593.21.

Dated: New York, New York
6/11/08

                                                       _____
                                                       USDJ

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____

This document was entered on the docket on _____ \_\_\_\_ \_\_\_ _____

Case 1:07-cv-03469-PKL    Document 12    Filed 06/12/2008    Page 4 of 4